# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Michael Snow, Jr.<br>DOB: XXXXXX<br><br>*Defendant(s)* | )<br>)<br>)  Case: 1:24-mj-00375<br>)  Assigned To : Sharbaugh, Matthew J.<br>)  Assign. Date : 12/6/2024<br>)  Description: COMPLAINT W/ARREST WARRANT<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 24, 2024__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 (Willfully Injuring or Depredating Any Property of the United States in an Amount Less Than $1,000). | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __12/06/2024__

*Judge's signature*

City and state:   Washington, D.C.                    Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*