UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL NO. 24-cr-578 (JEB) |
| v. | : | |
| | : | |
| MICHAEL SNOW, JR., | : | |
| | : | |
| Defendant. | : | |

**STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA**

I. **Summary of the Plea Agreement**

Defendant Michael Snow, Jr. agrees to admit guilt and enter a plea of guilty to the Information, charging him with one count of Destruction of Government Property (Less Than $1,000), in violation of 18 U.S.C. § 1361.

II. **Elements of the Offense**

The essential elements of the offense of Destruction of Government Property (Less Than $1,000), in violation of 18 U.S.C. § 1361, each of which the Government must prove beyond a reasonable doubt, are:

1. The defendant injured, damaged, or destroyed property, or attempted to do so;

2. The defendant did so willfully; and

3. The property involved was property of the United States, or of any department or agency thereof, or any property which had been or was being manufactured or constructed for the United States, or any department or agency thereof.

III. **Penalties for the Offense**

The penalties for Destruction of Government Property (Less Than $1,000), in violation of 18 U.S.C. § 1361 are:

1

    (A)    a term of imprisonment not to exceed one year;

    (B)    a fine not to exceed $100,000;

    (C)    a term of supervised release of not more than one year; and

    (D)    a special assessment of $25.

The United States Sentencing Guideline § 5E1.2 permits the Court to impose an additional fine to pay the costs of for imprisonment and any term of supervised release and/or probation.

### IV.    Factual Proffer

Had this case gone to trial, the Government's evidence would prove the following beyond a reasonable doubt:

Prior to July 24, 2024, several groups applied for and were granted permits to demonstrate on the National Mall on July 24, 2024. An organization was granted a sole permit for the area of Columbus Circle, which is located at the intersection of Massachusetts Avenue Northeast and E Street Northeast, Washington, D.C., directly in front of Union Station.

On July 24, 2024, demonstrators began to gather in Columbus Circle starting at approximately 2:50 p.m. At approximately 3:26 p.m., the USPP revoked the permit that had been issued to the organization. Despite the revocation of the permit, demonstrators remained in and around Columbus Circle until approximately 5:00 p.m. From approximately 2:59 p.m. until 5:00 p.m., individuals in Columbus Circle pulled down flags affixed to the flagpoles; burned flags and objects; interfered with law enforcement's ability to place individuals under arrest; and sprayed graffiti on multiple statutes and structures. The flags pulled down from the flag poles and the statutes and structures in Columbus Circle, are all property of the federal

government. The National Park Service estimated that the total cost to clean up and repair the site at approximately $11,282.23.

The defendant, Michael Snow, Jr., attended the demonstration in Columbus Circle during the afternoon of July 24, 2024. While there, at approximately 3:14 p.m., Mr. Snow grabbed an American flag that had been lowered from one of the flagpoles in Columbus Circle and carried it into the crowd of protesters. Mr. Snow threw the flag to the ground and produced a lighter, holding it to the flag in an apparent effort to light the flag on fire. Mr. Snow was initially unsuccessful and yelled to the crowd: "I need a better lighter!" All the while individuals surrounding Mr. Snow were chanting "Burn that shit!" Another individual handed Mr. Snow lighter fluid, which Mr. Snow used to douse the flag. Someone then tossed Mr. Snow another lighter and Snow used that lighter to ignite the lighter fluid and set the flag on fire. The flag had a value of approximately $525.00.

This proffer of evidence is not intended to constitute a complete statement of all facts known by the parties but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for each defendant's plea of guilty to the charged crimes. This Statement of the Offense fairly and accurately summarizes and describes some of each defendant's actions and involvement in the offenses to which each is pleading guilty.

          Respectfully Submitted

          Edward R. Martin, Jr.
          United States Attorney

BY:    */s/ Sarah Martin*
       Sarah Martin
       Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Michael Snow, Jr., have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 2/10/25

Michael Snow, Jr.
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 2/10/25

Eugene Ohm, Esq.
Attorney for Defendant

4